**FILED**
12/9/2024 — MEN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:24-cr-00567**
**Judge Martha M. Pacold**
**Magistrate Judge M. David Weisman**
**RANDOM / CAT.4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| DIRK HUGO | |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about May 1, 2024, at Arlington Heights, in the Northern District of Illinois, Eastern Division,

DIRK HUGO,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Taurus Model G2C nine-millimeter semiautomatic pistol bearing serial number ACB600385, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, one Taurus Model G2C nine-millimeter semiautomatic pistol bearing serial number ACB600385, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY